**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00928-CV

### FINANCIAL CASUALTY COMPANY, ET AL., Appellants

### V.

### MARK HUNT, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-33267-Y**

## ORDER

The reporter's record in this case has not been filed. By letter dated November 21, 2014, we informed appellants the Court Reporter had notified us that the reporter's record had not been filed because appellants had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellants to provide the Court with written verification they had requested the record and had paid for or made arrangements to pay for the record. We cautioned appellants that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date, appellants have not provided the required documentation or otherwise corresponded with the Court regarding the status of the reporter's record. Therefore, we **ORDER** this appeal submitted

without a reporter's record.  Appellants' brief is due **THIRTY DAYS** from the date of this order.



/s/     ELIZABETH LANG-MIERS
          JUSTICE